IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Michael Wayne Champ - #095784

No. C 13-80206 WHA

**ORDER OF SUSPENSION**

Because Michael Wayne Champ has failed to respond to the order to show cause, Mr. Champ's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: December 2, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE